RECEIVED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE** 2019 SEP 30  PM 3: 14
Eastern (Jackson)   DIVISION
Western(Memphis) DIVISION

|  |  |  |
|---|---|---|
| Donna J. Anderson | ) ) ) ) ) ) ) ) ) ) | No. _____ |

Plaintiff,

vs.

FedEx Freight

Defendant.

## COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☒  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.    Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.    Plaintiff resides at:

1114 Judith Cove #3
STREET ADDRESS

Shelby    ,    TN    ,    38016    ,    901-786-4330
County         State         Zip Code         Telephone Number

4.    Defendant(s) resides at, or its business is located at:

1715 AAron Brenner Drive Suite 600
STREET ADDRESS

Shelby    ,    Memphis    ,    TN    ,    38120    .
County         City         State         Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5.    The address at which I sought employment or was employed by the defendant(s) is:

1715 AAron Brenner Drive, Suite 600

STREET ADDRESS

__Shelby__ , __Memphis__ , __TN__ , __38120__ .
County City State Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

[X] Failure to hire

[ ] Termination of my employment

[X] Failure to promote

[ ] Failure to accommodate my disability

[ ] Unequal terms and conditions of my employment

[X] Retaliation

[ ] Other acts*(specify)*:_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
__7|21|17 – 3/31/19__ .
Date(s)

8. I believe that the defendant(s) *(check one)*:

[ ] is still committing these acts against me.

[X] is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

☒ Race_____

☐ Color_____

☒ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [  ] more [  ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

I began expressing my concern with internal chain of command and HR in 2016 in regards to promotion, merit increase, MDO ratings and career path. With No resolve, or direction it continued with an HR review. After the review I met with Finance mgmt and HR and agreed to work internally with old and new reorg management on career progression/promotion. I regularly met with both management leadership to ensure I was performing well which included assuming additional Sr. Advisor level duties in Addition to training Sr. level employees on work processes. As a result I continued to speak to mgmt about promotion which resulted in being told I could not be promoted by my manager although three white males had been promoted from Analyst to Sr. Analyst under the same VP org. I always stated that due to contribution I had made to the job a promotion was earned. After being denied again I filed with the EEOC and informed HR and mgmt. After the filing Complaints about job performance begin to occur and constant harassment by my manager which I communicated to HR about that I believed it to be retaliation which was causing me stress related illness. I enter counseling and had medical visits both emergency and follow-up resulting from this. Prior to filing there were never any issues or complaints about performance *(Attach additional sheets as necessary)* as well as zero assistance to perform any work related to my job.

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

In my attempt to transfer to other positions, I applied for multiple positions which I 4 qualified for and only was selected to interview for a few where the candidates selected were white.

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.  It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: **4|19|18** .
Date

**Only litigants alleging age discrimination must answer Question #13.**

13.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐  60 days or more have elapsed

☐  Less than 60 days have elapsed.

14.  The Equal Employment Opportunity Commission *(check one)*:

☐  has <u>not</u> issued a Right to Sue Letter.

☐  has issued a Right to Sue letter, which I **received** on_____.
Date

***NOTE:***     *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.  Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.  I would like to have my case tried by a jury:

☒  Yes

☐  No

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐    direct that the Defendant employ Plaintiff, or

☐    direct that Defendant re-employ Plaintiff, or

☐    direct that Defendant promote Plaintiff, or

☐    order other equitable or injunctive relief as follows:_____

_____

☐    direct that Defendant pay Plaintiff back pay in the amount of _____
       and interest on back pay;

☒    direct that Defendant pay Plaintiff compensatory damages: Specify the
       amount and basis for compensatory damages: $67,340.52 loss wages
       due to non promotion and/or hire, loss wages due to non-work hrs
       as a result of FMLA leave re: stress which resulted from
       retaliation, medical, Ambulance and counseling expenses
       and pain and suffering.

_Donna L Anderson_
SIGNATURE OF PLAINTIFF

Date: September 30, 2019

1114 Judith Cove #3
Address

Cordova, TN 38016

901-786-4330
Phone Number